FILED

DEC - 6 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>STEVE SEDGWICK,<br><br><br>Debtor(s) | CASE NO.: 8:12-bk-18323-TA<br>ADVERSARY NO.: N/A<br>NOTICE OF APPEAL FILED: 12/06/2017<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 07/08/2012<br>APPEAL DOCKET ENTRY NO.: 744 |
|---|---|
| <br>VS.<br>Plaintiff(s)<br><br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (*specify*):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 12/06/2017    By: Nickie Bolte _Nickie Bolte_
Deputy Clerk

## NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the United States Trustee

   ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other parties served by NEF:
   Tommy Q Gallardo     tgallardo@nemecek-cole.com
   John A Graham     jag@jmbm.com, jag@ecf.inforuptcy.com
   Leonard M Shulman     lshulman@shbllp.com
   Cynthia R Allman     bkdepartment@rtresolutions.com
   Michael Jay Berger     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
   Lawrence R Boivin     lboivin@boivinlaw.com, lrboivin@gmail.com
   Mark Bradshaw     mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com

   XX Service information continued on attached page

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Steve Sedgwick
   738 Wilcox Avenue
   Los Angeles, CA  90038

   Kent Salveson
   2546 Eastbluff Drive, #459
   Newport Beach, CA 92660

   Peter C. Anderson, U.S. Trustee
   Ronald Reagan Federal Building and United States Courthouse
   Frank M. Cadigan - Assistant U.S. Trustee
   411 West Fourth Street, Suite 7160
   Santa Ana, CA  92701-8000

   Steven Sedgwick
   P.O. Box 838
   Koloa, Hawaii  96756

**SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

- Cynthia R Allman    bkdepartment@rtresolutions.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Lawrence R Boivin    lboivin@boivinlaw.com, lrboivin@gmail.com
- Mark Bradshaw    mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- Mark T. Domeyer    mdomeyer@denleyinvestment.com
- Craig A Edelman    notice@bkcylaw.com
- Mark D Estle    mdestle@estlelaw.com
- Tommy Q Gallardo    tgallardo@nemecek-cole.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- John A Graham    jag@jmbm.com, jag@ecf.inforuptcy.com
- Lemuel Bryant Jaquez    bjaquez@mileslegal.com
- Monet H Jordan    mjordan@bgtlawyers.com, lvartanian@bgtlawyers.com,crose@bgtlawyers.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- Micheal McCarthy    mmccarthy@nemecek-cole.com
- Randall P Mroczynski    randym@cookseylaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Cassandra J Richey    ecfcca@ecf.courtdrive.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Nanette D Sanders    becky@ringstadlaw.com
- Mark Schaeffer    mschaeffer@nemecek-cole.com, ghenderson@nemecek-cole.com
- Daren M Schlecter    daren@schlecterlaw.com, bgill@schlecterlaw.com
- Leonard M Shulman    lshulman@shbllp.com
- Ramesh Singh    claims@recoverycorp.com
- Lisa A Tashjian    ltashjian@bgtlawyers.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Kristin S Webb    bknotice@rcolegal.com, RCO@ecf.inforuptcy.com
- Edward T Weber    bknotice@rcolegal.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com