FILED

JAN 12 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>STEVE SEDGWICK,<br><br>Debtor(s) | BAP/USDC NO.: 8:17-cv-02189-AG<br>CASE NO.: 8:12-bk-18323-TA<br>ADVERSARY NO.: N/A<br>APPEAL DOCKET ENTRY NO.: 744 |
|---|---|
| <br><br>Plaintiff(s)<br>vs.<br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:

Steve Sedgwick - In Pro Se
P.O. Box 838
Koloa, Hawaii 96756

Attorney of Record for Appellee:

Tommy Gallardo; Mark Schaeffer - Nemecek & Cole
15260 Ventura Boulevard, Suite 920
Sherman Oaks, CA  91403

John A. Graham - Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- ☐ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☒ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 01/12/2018       By: Nickie Bolte _Nickie Bolte_
                           Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:
    Tommy Q Gallardo    tgallardo@nemecek-cole.com
    John A Graham    jag@jmbm.com, jag@ecf.inforuptcy.com
    Micheal McCarthy    mmccarthy@nemecek-cole.com
    Mark Schaeffer    mschaeffer@nemecek-cole.com, ghenderson@nemecek-cole.com
    Mark Bradshaw    mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com

    XX  Service information continued on attached page

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Steve Sedgwick
    738 Wilcox Avenue
    Los Angeles, CA  90038

    Steve Sedgwick
    P.O. Box 838
    Koloa, Hawaii 96756

    Kent Salveson
    2546 Eastbluff Drive, #459
    Newport Beach, CA 92660

    Peter C. Anderson - US Trustee
    Frank M. Cadigan - Assistant US Trustee
    411 West Fourth Street, Suite 7160
    Santa Ana, CA  92701-8000

**SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

- Cynthia R Allman    bkdepartment@rtresolutions.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Lawrence R Boivin    lboivin@boivinlaw.com, lrboivin@gmail.com
- Mark Bradshaw    mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- Mark T. Domeyer    mdomeyer@denleyinvestment.com
- Craig A Edelman    notice@bkcylaw.com
- Mark D Estle    mdestle@estlelaw.com
- Tommy Q Gallardo    tgallardo@nemecek-cole.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- John A Graham    jag@jmbm.com, jag@ecf.inforuptcy.com
- Lemuel Bryant Jaquez    bjaquez@mileslegal.com
- Monet H Jordan    mjordan@bgtlawyers.com, lvartanian@bgtlawyers.com,crose@bgtlawyers.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- Micheal McCarthy    mmccarthy@nemecek-cole.com
- Randall P Mroczynski    randym@cookseylaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Cassandra J Richey    ecfcca@ecf.courtdrive.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Nanette D Sanders    becky@ringstadlaw.com
- Mark Schaeffer    mschaeffer@nemecek-cole.com, ghenderson@nemecek-cole.com
- Daren M Schlecter    daren@schlecterlaw.com, bgill@schlecterlaw.com
- Leonard M Shulman    lshulman@shbllp.com, cdopeso@shbllp.com
- Ramesh Singh    claims@recoverycorp.com
- Lisa A Tashjian    ltashjian@bgtlawyers.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- KRISTIN WEBB    webbk@bryancave.com, elaine.hellwig@bryancave.com
- Edward T Weber    bknotice@rcolegal.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com