# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**In Re:** STEVE SEDGWICK  **BAP No.:** CC-17-1358

**Bk. Ct. No.:** 8:12-bk-18323-TA  **ADV. NO.:**

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to Santa Ana District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Vicky Jackson-Walker, Deputy Clerk
Date: December 12, 2017

> Please acknowledge receipt of
> the case file listed above.
> Dated:_____
>
> Signed:_____
>         District Court Deputy
>
> Assigned District Court No.
>
> _____

**cc: Bankruptcy Court**
   **All Parties**